**Jose Antonio LUGOS–CAMPOS, Jr., Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. ED 101369**

Missouri Court of Appeals, Eastern District, DIVISION FOUR.

FILED: February 24, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 2015

Lisa M. Stroup, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

---

Chris Koster, Shaun Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM

Jose Antonio Lugos–Campos Jr. appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief, following an evidentiary hearing, alleging ineffective assistance of counsel and that Movant's plea was invalid. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).